LEONARD G. KRUP
FROST, KRUP AND ATLAS
134 W. Sycamore Street
Willows, CA 95988
(530) 934-5416 - Telephone
(530) 934-3508 - Facsimile

Attorney for Defendant
COUNTY OF GLENN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY EUGENE MEREDITH, | Case No.: CIV S 03-1847 DFL KJM |
| Plaintiff, | STIPULATION |
| vs. | AND |
| COUNTY OF GLENN, BOB SHADLEY, Sheriff of Glenn County, Sheriff's Department; PAULETTE BLAKELEY, Sheriff's Deputy of Glenn County Sheriff's Department; VIC LACEY, Tehama County Sheriff's Department Officer; DOE TOOLEY, Glenn County Correctional Officer; DOES ONE through 100, inclusive, | ORDER OF DISMISSAL |
| Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties to this action through

their respective counsel that the above-entitled action may be dismissed with prejudice, each

party to bear their own costs and attorney's fees.

                              LAW OFFICES OF LARRY L. BAUMBACH


Dated:_____    By____/s/____
                              LARRY L. BAUMBACH
                              Attorney for Plaintiff
                              ROY E. MEREDITH

PAGE 1
STIPULATION AND ORDER OF DISMISSAL

1

2                                          FROST, KRUP AND ATLAS

3    Dated:_____       By_____/s/_____
                                            LEONARD G. KRUP
4                                           Attorney for Defendant
                                            COUNTY OF GLENN
5

6

7    Dated:_____       By_____/s/_____
                                            DENNIS HALSEY
8                                           Attorney for Defendants
                                            ROBERT SHADLEY, PAULETTE
9                                           BLAKELEY, and JASON HOLLEY

10

11                                         BILL LOCKYER,
                                           Attorney General of the State of California
12

13

14   Dated:_____       By_____/s/_____
                                            GARY BINKERD, Deputy Attorney General
15                                          Attorney for Defendant, VICTOR LACEY

16
                 IT IS SO ORDERED.
17

18
     Dated: 1/20/2006
19

20

21

22                                         _____
                                           DAVID F. LEVI
23                                         United States District Judge

24

25

26

27

28

     PAGE 2
     STIPULATION AND ORDER OF DISMISSAL